

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:06cv106wHB-JCS |
| ANY AND ALL PROCEEDS IN TRUSTMARK NATIONAL BANK ACCOUNT NUMBERS -8624, -8223, -4161, -5889, AND -6572 | DEFENDANT |

### ORDER SEALING AFFIDAVIT IN SUPPORT OF FORFEITURE

THIS CAUSE is before the Court on the *ore tenus* motion of the United States of America, by and through its United States Attorney for the Southern District of Mississippi, Dunn Lampton, to seal the Affidavit in Support of Forfeiture attached as Exhibit "A" to the Complaint for Forfeiture In Rem in this matter on the grounds that the facts and circumstances stated therein relate to an on-going investigation and that publication of information contained in the affidavit, if prematurely disclosed to the public, could seriously jeopardize the on-going investigation. Having considered the motion, the Court finds that it is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Affidavit in Support of Forfeiture attached as Exhibit "A" to the Complaint for Forfeiture In Rem shall be filed under seal, and that this Order shall likewise remain under seal until further order of this Court.

SO ORDERED this 21st day of February, 2006.

UNITED STATES MAGISTRATE JUDGE