

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 2 1 2006
J T NOBLIN, CLERK
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**                                          CIVIL ACTION NO. _3:06cv106 WHB-JCS_

**ANY AND ALL PROCEEDS IN TRUSTMARK**                            **DEFENDANT**
**NATIONAL BANK ACCOUNT NUMBERS**
**XXX-XXX-8624, XXX-XXX-8223, XXX-XXX-4161,**
**XXX-XXX-5889, AND XXX-XXX-6572**

## ORDER AUTHORIZING WARRANT OF ARREST

IT APPEARING TO THE COURT that the United States has filed a Complaint for

Forfeiture In Rem in this cause alleging that the defendant proceeds are subject to seizure

and forfeiture pursuant to 18 U.S.C. §981(a)(1)(A), 18 U.S.C. §981(a)(1)(C), U.S.C.

§981(b), and a Warrant of Arrest shall issue, based upon the finding of this Court of

probable cause to believe that the defendant proceeds were involved in a transaction in

violation of 18 U.S.C. §§ 1014, 1344, 1343, 1341, 1956, 1957, and 371 which represents

proceeds traceable to the criminal violations, by the Clerk to the United States Postal

Inspection Service who shall forthwith effect service and arrest of the defendant proceeds.

Upon arrest of the said proceeds, the same shall remain in the custody of the United

States Postal Inspection Service or the United States Marshal Service to await disposition

according to law.

IT IS FURTHER ORDERED that subsequent to execution of process as aforesaid,

the Clerk of Court shall issue a public Notice of Complaint for Forfeiture in Rem in this

action of the arrest of said defendant proceeds, which Notice shall be published three (3)

times a week for two (2) consecutive weeks in *The Clarion Ledger*, a newspaper of general

circulation published in the Southern District of Mississippi.  Such Notice shall specify the

time within which the claim and answer are required to be filed as provided by Rule C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims and shall notify all interested parties of the proper procedures for filing a claim and answer pursuant to Rule C(6).

SO ORDERED AND ADJUDGED this 21st day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE