```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**UNITED STATES OF AMERICAN**                                      **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 3:06–CV–106WHB-JCS**

**TRUSTMARK NATIONAL BANK**                                        **DEFENDANT**

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(a), the undersigned feels compelled to disqualify himself in the above styled and numbered proceeding for the following reason:

The undersigned has a financial interest in the subject matter in controversy in that his wife is the owner of stock of Trustmark National Bank. The undersigned therefore hereby recuses himself in this proceeding.

SO ORDERED this the 6th day of March, 2006.

                                    S/William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE