UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:06cv106TSL-JCS

ANY AND ALL PROCEEDS IN TRUSTMARK                                          DEFENDANTS
NATIONAL BANK ACCOUNT NUMBER
XXX-XXX-8624, XXX-XXX-8223, XXX-XXX-4161,
XXX-XXX-5889, AND XXX-XXX-6572

ORDER DISMISSING CIVIL FORFEITURE CASE

WHEREAS, pursuant to Rule 21 of the Federal Rules of Civil Procedure, the United States Attorney's Office for the Southern District of Mississippi has requested that this Court dismiss this civil action seeking forfeiture of the defendant property more fully described in the Complaint for Forfeiture in Rem filed in this case on February 22, 2006 (Ct. R. Doc. #1);

WHEREAS the defendant property which the government seeks to forfeit in this civil action has already been forfeited to the government in the criminal case styled, *United States v. Anthony Burroughs and Marvin Dawson*, 3:06cr90BS.

WHEREAS there is no further need to continue with this civil forfeiture action; therefore,

IT IS HEREBY ORDERED that this civil action is hereby dismissed without prejudice,

SO ORDERED this 10th day of  April,   2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE